06-CR-05361-ORD

Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5361 |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| MONY LEAP, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in CR06-5361 against the defendant, MONY LEAP.

DATED this 26th day of June, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

_____
BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this 26 day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL /LEAP - 1
(CR06-5361)